UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 16-00207-JLS (JPRx)                                Date: June 10, 2016

Title:  Nicholas L. Saakvitne v. Ramesh Sarva, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER CONTINUING SCHEDULING CONFERENCE**

   On the Court's own motion, and in light of other pending requests for relief that may bear upon scheduling issues, the Court continues the Scheduling Conference in this matter from June 17, 2016 to July 29, 2016, at 1:30 p.m.  If either party wishes, the parties may file an amended Joint Rule 26(f) Report no later than July 22, 2016.

Initials of Preparer:  tg